UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21166-CR-SEITZ/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMUEL GLOVER,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on defendant Samuel Glover's Motion to Suppress and Incorporated Memorandum of Law (DE# 14, 1/8/09). On January 14, 2009, this case was referred to United States Magistrate Judge John J. O'Sullivan by the Honorable Patricia A. Seitz, United States District Court Judge for the Southern District of Florida.  (DE# 15). Having held an evidentiary hearing, heard oral argument and carefully considered the defendant's motion, the court file and applicable law, the undersigned respectfully recommends that the defendant Samuel Glover's Motion to Suppress and Incorporated Memorandum of Law  be DENIED. A hearing in this matter was held on February 18, 2009.  This matter is set for trial on February 23, 2009.  The undersigned ruled on this matter from the bench at the conclusion of the evidentiary hearing. The undersigned's recommendations are outlined in the transcript of the hearing and incorporated herein.

## CONCLUSION

Based on the foregoing, the undersigned recommends that defendant Samuel Glover's Motion to Suppress and Incorporated Memorandum of Law (DE# 14, 1/8/09) be DENIED.

The parties have agreed to file any objections to this report and recommendation by **Friday, February 20, 2009 at noon**. Failure to file objections shall bar the parties from attacking on appeal the factual findings contained herein.  LoConte v. Dugger, 847 F.2d 745 (11th Cir.1988), cert. denied, 488 U.S. 958, 109 S.Ct. 397 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir.1993).

DONE AND ORDERED, in Chambers, at Miami, Florida, this **18th** day of February, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All Counsel of Record